FILED
CLERK, U.S. DISTRICT COURT

JAN 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHAN DAVID CRUISE, | Case No. CV 07-6021-JFW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 1/29/08

John F. Walter
United States District Judge